UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 23, 2015

IN RE: CANNAVEST CORP. SECURITIES LITIGATION

**ORDER**

14 Civ. 2900 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Plaintiff intends to file a Consolidated Complaint in this action, and Defendants indicate that they may move to dismiss the Consolidated Complaint. (Dkt. No. 57) It is hereby ORDERED that the following schedule will apply to this case:

1. Plaintiff's Consolidated Complaint is due **August 24, 2015**.

2. Defendants' answer or responsive motion is due **within 60 days** of service of any Consolidated Complaint.

3. Plaintiffs' opposition, if any, is due **within 50 days** of service of any motion.

4. Defendants' reply, if any, is due **within 20 days** of service of any opposition.

It is further ORDERED that the initial pre-trial conference previously scheduled for June 25, 2015 is adjourned sine die.

Dated: New York, New York
       June 23, 2015

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Court